No. 5,011.—STATE EX REL. W. A. REEL, RELATOR, *v.* DIS-
TRICT COURT ET AL., RESPONDENTS.

Original application for Writ of Supervisory Control
directed to the District Court of Lewis & Clark County and
W. H. Poorman, a Judge thereof.

Decided January 30, 1922.

PER CURIAM.—Relator's application for writ of super-
visory control is denied.

*Mr. M. M. Duncan,* for Relator.

---

No. 5,021.—STATE EX REL. JOHN W. BLAIR, RELATOR, *v.*
DISTRICT COURT ET AL., RESPONDENTS.

Original application for Writ of Supervisory Control to the
District Court of the Third Judicial District and Geo. W.
Winston, Judge thereof.

Decided February 1, 1922.

PER CURIAM.—The application of relator for writ of
supervisory control is denied.